ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STAR FOREMAN,

                Plaintiff,

       - against -

SEPHORA USA, INC.,

                Defendant.

20 Civ. 1115 (LLS)

ORDER

There having been no action in this case for over two years, it is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. See also Martens v. Thomann, 273 F.3d 159, 179 (2d Cir. 2001) ("A district court also has the power to dismiss for failure to prosecute sua sponte.").

So Ordered.

Dated:  New York, New York
        January 17, 2023

                                            *Louis L. Stanton*
                                        LOUIS L. STANTON
                                            U.S.D.J.